# EXHIBIT A

**Defendant:** Vitamin Shoppe Industries
**Creditor ID:** VS002
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Vitamin Shoppe Industries | P011664-PY | $72,789.68 | 8/9/2024 | P011664-IN | 7/15/2024 | $72,789.68 |
| | P012373-PY | $33,080.88 | 9/23/2024 | P012373-IN | 8/27/2024 | $33,080.88 |
| | P012987-PY | $54,104.87 | 10/13/2024 | P012987-IN | 8/27/2024 | $54,104.87 |
| **Total Transfers** | **3** | **$159,975.43** | | | | **$159,975.43** |